IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID LYMAN SPALDING,<br>    ID # 47371-177,<br>        Movant, | )<br>)<br>)<br>) |
| vs. | )    No. 3:19-CV-1547-M-BH<br>) |
| ADMINISTRATIVE OFFICE OF THE<br>COURTS, et al.,<br>        Respondents. | )<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion to Suspend Response Back to the Magistrate Courts* [sic] *Ruling of Sept. 17, 2021*, received on October 21, 2021 (doc. 47), is **DENIED**.

SIGNED this 15th day of November, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE