IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID LYMAN SPALDING,<br>  ID # 47371-177,<br>     Movant, | )<br>)<br>)<br>) |
| vs. | )   No. 3:19-CV-1547-M-BH<br>) |
| ADMINISTRATIVE OFFICE OF THE<br>COURTS, et al.,<br>     Respondents. | )<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the movant's *Preservation of Errors Under the Federal Rules of Criminal Procedures – 51(b) and 52(b)*, received on January 11, 2022 (doc. 57), is hereby construed as seeking relief from judgment under Federal Rule of Civil Procedure 60(b) and is **DENIED**.

**SIGNED** this 14th day of February, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE